Commonwealth, to use, Appellant, *v.* Lombardo.

Argued April 14, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

600

602

606

*Morley W. Baker,* Special Deputy Attorney General, with him *T. McKeen Chidsey,* Attorney General, and *David R. Perry,* Special Deputy Attorney General, for appellant.

*James G. Colleran,* with him *Joseph T. Kelly,* for appellee.

PER CURIAM, May 7, 1947:

The decree is affirmed on the opinion of Judge HOBAN of the court below; costs to be paid by the appellant.